# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. LA 21-6327 JFW (MARx)　　　　　　　　　　Date April 21, 2022

Title: Roshawn Douglas v. City of Gardena et al

Present: The Honorable John F. Walter

| S. Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　　　Not Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Stipulation to Dismiss filed 4/21/22 [29] - Make JS-6

☐ Entered _____.

Initials of Preparer　sr